United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                      :     Chapter 13
SHEKIMA T. LEWIS

Debtor(s)                                   :     Bankruptcy No.  0436778

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this 30th day of Nov , 2005 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that   ERIC J CLAYMAN                    counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED.

Hon. Kevin J. Carey
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119

Counsel for Debtor(s)

ERIC J CLAYMAN
JENKINS & CLAYMAN
412 WHITE HORSE PIKE
AUDUBON  NJ  08106

Debtor(s)

SHEKIMA T.   LEWIS

526 MILLBANK ROAD
UPPER DRABY   PA   19082